**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JENNIFER CROSS                                                                                              PLAINTIFF

v.                                          CASE NO. 4:08CV3007 JLH

BAD BOY, INC.; ADVANCED
CHUTE SYSTEM, INC.;
FIREWORKS WORLD, INC.;
PHILLIP W. PULLEY; LENNIE FOREE;
RYLAND KIEFFER; ROBERT FOSTER;
DAVID BROGDON; AND WES HUBBARD                                          DEFENDANTS

## **ORDER**

The defendants have filed a motion to withdraw their motion to transfer. That motion is GRANTED. Document #37. The defendants' motion to transfer is denied as moot. Document #11.

IT IS SO ORDERED this 8th day of January, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE